*General McGrath, Sewall Key, Helen R. Carloss* and *Elizabeth B. Davis* for the United States.

No. 1007.   JORDAN *v.* FEDERAL FARM MORTGAGE CORPORATION ET AL.   May 27, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *G. P. North* for petitioner.   *Edgar M. Morsman, Jr.* for respondents.

No. 1049.   TEXAS *v.* BALLI ET AL.;
No. 1050.   CRANDALL *v.* BALLI ET AL.; and
No. 1051.   HUGHES ET AL. *v.* BALLI ET AL.   May 27, 1946.   Petitions for writs of certiorari to the Supreme Court of Texas denied.   *Grover Sellers,* Attorney General of Texas, *Wm. J. Fanning,* Assistant Attorney General, and *Fagan Dickson* for petitioner in No. 1049.   *W. C. Franklin* for petitioner in No. 1050.   *Ben D. Clower* for petitioners in No. 1051.   *Gilbert Kerlin* for respondents.

No. 1068.   EASTMAN *v.* UNITED STATES.   May 27, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Louis B. Sher* for petitioner.   *Solicitor General McGrath, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1069.   GREAT LAKES DREDGE & DOCK Co. *v.* UNITED STATES.   May 27, 1946.   Petition for writ of certiorari to the Court of Claims denied.   *William S. Hammers* for petitioner.   *Solicitor General McGrath, Assistant Attor-*

*ney General Sonnett, Paul A. Sweeney* and *Joseph B. Goldman* for the United States.

No. 1112. MOFFITT *v.* UNITED STATES. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *John B. Dudley* and *Robert K. Everest* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 1113. COUNTY OF MARIN *v.* PEDROTTI ET AL. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Carlos R. Freitas* for petitioner. *Harold C. Faulkner* and *A. J. Zirpoli* for respondents.

No. 1127. HASTINGS MANUFACTURING Co. *v.* FEDERAL TRADE COMMISSION. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Laurence A. Masselink* for petitioner. *Solicitor General McGrath, Assistant Attorney General Berge, Charles H. Weston, W. T. Kelley* and *Walter B. Wooden* for respondent.

No. 1137. STONE, TRADING AS STONE TOWING LINE, *v.* DIAMOND STEAMSHIP TRANSPORTATION CORP. ET AL. May 27, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *John W. Oast, Jr.* for petitioner. *Paul Speer* for the Diamond Steamship Transportation Corp., and *Thomas H. Middleton* for the Texas Gulf Sulphur Co., respondents.